**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: 20-40078-EDK ) | Chapter 13 Proceeding |
| ) | |
| **Brian C Forit** ) | |
|     Debtor ) | |
| ) | |
| **Santander Bank, N.A.** ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **Brian C Forit** ) | |
| **and Denise M. Pappalardo, Trustee** ) | |
|     Respondent ) | May 4, 2020 |

**<u>SUPPLEMENTAL PROOF OF SERVICE</u>**

The undersigned (the "Movant") hereby certifies that, on or before the 4th day of May, 2020, a copy of the Motion for Relief From Stay and a copy of the proposed order were served to the following:

Bellingham Collector/Treasurer
P.O. Box 204
Bellingham, MA 02019
*Via First Class Mail*

I further certify that I am, and was at all times during the service of a copy of this Motion For Relief From Automatic Stay, not less than 18 years of age and not a party to the matter concerning which service was made.

**I declare that the foregoing is true and correct under penalty of perjury.**

                                                                By /s/*Andrew S. Cannella*
                                                                 Andrew S. Cannella
                                                                 BBO #680572
                                                                 The Movant's Attorney
                                                                 Bendett & McHugh, P.C.
                                                                 270 Farmington Avenue, Suite 171
                                                                 Farmington, CT 06032
                                                                  Phone (860) 677-2868
                                                                 Fax (860) 409-0626
                                                                 Email: BKECF@bmpc-law.com