UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Brian C. Fortit
    Debtor

Case No. 20-40078-EDK
Chapter 13

MOTION FOR RELIEF FROM STAY AND ABSTENTION

Tracy Zacharie moves this Court for an order granting relief from the automatic stay under 11 U.S.C. §362 to proceed with a Petition for Partition of real property owned by her and Brian C. Fortit (the "Debtor") in the Norfolk Probate Court and for an order of Abstention from the Petition for Partition pursuant to 28. U.S.C. §1334(c). Ms. Zacharie states the following in support of the motion:

    1. Ms. Zacharie and the Debtor purchased real property known as 23 Little Tree Lane, Bellingham, Massachusetts (the "Property") under a deed dated June 29, 2007 and recorded with the Registered Land Section of the Norfolk County Registry of Deeds as Document No. 133057, as noted on Certificate of Title No. 175065. Ms. Zacharie and the Debtor own the Property as Joint Tenants. The Debtor resides in the Property while Ms. Zacharie does not reside in the Property.

    2. The Debtor filed a voluntary petition in this case on January 17, 2020. The Debtor scheduled the value of the Property at $350,000. The motion for relief from stay filed by Santander Bank (ECF 42) on May 4, 2020 lists the amount owed to the first mortgagee Santander as approximately $277,000 with a pre-petition arrearage of

1

approximately $34,000. . On Schedule C the Debtor claimed a homestead exemption of $78,662.36.

    3. The Debtor's amended Plan was confirmed on August 17, 2021.

    4. Ms. Zacharie filed a Petition for Partition of the Property in the Norfolk Probate Court on March 2, 2020 which was assigned Case No. NO20E0011PP. Ms. Zacharie was not listed as a creditor in the bankruptcy case and did not have notice of the bankruptcy filing. A suggestion of bankruptcy was filed in the Norfolk Probate Court on June 18, 2021. A copy of a current docket sheet in the Probate case is attached marked Exhibit A.

    5. Ms. Zacharie requests that the court grant her relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) to proceed with the Petition for Partition as her interest as a joint tenant owner of the Property is not adequately protected. The Debtor has not maintained the monthly payments on the Property which has diminished the equity in the Property and adversely affected Ms. Zacharie's credit as she is a guarantor on the note secured by the mortgage.

    6. Ms. Zacharie requests that the Court abstain from the Petition for Partition pursuant to 28 U.S.C. §1334(c). Abstention under §1334(c) is appropriate because the Petition for Partition is a state law cause of action related to a case under Title 11 but not arising under Title 11. The Court should abstain from the Petition for Partition in the interest of comity with State Courts and respect for State Law.

WHEREFORE, Ms. Zacharie requests that the Court enter and order granting relief from the automatic stay under 11 U.S.C. §362 to proceed with a Petition for Partition of real property owned by her and the Debtor Brian C. Fortit, in Norfolk Probate Court and for an order of Abstention from the Petition for Partition pursuant to 28. U.S.C. §1334(c) and grant such other relief as is just.

                                                   Tracy Zacharie
                                                   By her attorney

                                                   /s/ John O. Desmond

Dated:    July 12, 2022                     _____
                                                 John O. Desmond (BBO 554580)
                                                 5 Edgell Road, Suite 30A
                                                 Framingham, MA 01701
                                                 Tel: (508) 879-9638
                                                 Email: attorney@jdesmond.com

CERTIFICATE OF SERVICE

July 12, 2022

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing MOTION FOR RELIEF FROM STAY AND ABSTENTION were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

Brian C. Fortit
23 Little Tree Lane
Bellingham, MA 02019

Andrew Cannella on behalf of Creditor Santander Bank, N.A.
bkecf@bmpc-law.com
 bendett@myecfx.com

Kenneth P. Doherty on behalf of Debtor Brian C Forit
attykdoherty@aol.com   rmastroianni2@gmail.com
r63709@notify.bestcase.com

Jennifer L. Joubert on behalf of Creditor Santander Bank, N.A.
jjoubert@mlg-defaultlaw.com   jjoubert@ecf.courtdrive.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Richard T. Mulligan on behalf of Creditor Santander Bank, N.A.
BKECF@bmpc-law.com
 bendett@myecfx.com

Denise M. Pappalardo
denisepappalardo@ch13worc.com


                                              /s/ John O. Desmond
                                              _____
                                              John O. Desmond

# EXHIBIT A

## NO20E0011PP Zacharie, Tracy vs.

- Case Type:
- Equity - Partition
- Case Status:
- Active
- File Date
- 03/02/2020
- DCM Track:
- 
- Initiating Action:
- Petition to partition
- Status Date:
- 03/02/2020
- Case Judge:
- Gorman, Hon. Patricia
- Next Event:

### Property Information
BELLINGHAM

**All Information** | Party | Event | Docket | Disposition

### Party Information
Zacharie, Tracy
- Petitioner

- DOD

Alias

**Party Attorney**
- Attorney
- Nealon, Esq., Thomas Patrick
- Bar Code
- 546761
- Address
- Nealon And Nealon
  85 Main St
  Suite 101
  Hopkinton, MA  01748
- Phone Number
- (508)435-5000

**More Party Information**

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/19/2020 09:00 AM | Registry/Administrative Review | 1st Floor Registry | Administrative Review | Gorman, Hon. Patricia | Administrative Judge |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/02/2020 | Petition for Partition | 1 | Image |
| 04/27/2020 | Affidavit Of FIling of Notice with the Registry of Deeds | 2 | Image |
| 04/27/2020 | Citation Issued | | Image |
| 06/19/2020 | Citation Filed; Served as Ordered | 3 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/19/2020 | Fee Generating Appointment, <br> David Aptaker, Esq. appointed as J GAL/Commissioner - Real Estate On 06/19/2020 by Hon. Patricia Gorman | 4 | |
| 07/02/2020 | Interlocutory Decree Appointing David Aptaker, Esq, Commissioner <br><br> Judge: Gorman, Hon. Patricia | 5 | Image |
| 06/18/2021 | Affidavit Of suggested bankruptcy | 6 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | | Gorman, Hon. Patricia |