# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

IN THE MATTER OF:                           CASE NUMBER: 20-40078-EDK

BRIAN C FORIT                                    CHAPTER 13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

David A. Mawhinney, Chapter 13 Trustee moves the court to dismiss the above case because of the failure of the debtor(s) to comply with the plan.

1. The plan is confirmed.

2. The debtor(s) is (are) in arrears according to the terms of the plan in the amount of $2,808.00 which is 4 payments. Failure to make timely payments to the Trustee is a material default by the debtor with respect to a term of the plan and is grounds for dismissal pursuant to 11 U.S.C. § 1307(c).

3. Pursuant to the Agreed Order, the Debtor is to produce copies of all tax returns during the term of the Plan. The Debtor failed to produce federal tax returns from 2019 through 2022. Failure to do so is grounds for dismissal pursuant to 11 U.S.C. § 1307(c)(1) as it is an unreasonable delay which is prejudicial to creditors.

The debtor(s) is(are) hereby notified that if a written response is not filed by the debtor(s) with the Court within twenty-one (21) days of the date of this motion, the Court may rule on this motion without further notice. 11 U.S.C. § 102(1)(B).

Dated: February 21, 2023                           /s/ Joanne Psilos
                                                                       Office of Chapter 13 Trustee
                                                                       BBO#556997
                                                                       PO Box 964, Worcester MA 01613
                                                                       508-791-3300
                                                                       davidmawhinney@ch13worc.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss was served on the debtor(s) and the attorney for the debtor(s) via first class mail and/or electronically.

                                                                                        /s/ Joanne Psilos

Copy served on:

Debtor(s)
BRIAN C FORIT
23 LITTLE TREE LANE
BELLINGHAM, MA 02019

Attorney for Debtor(s)
KENNETH P. DOHERTY, ESQ.
HENRY T. DOHERTY JR., P.C.
2 DURSO AVENUE
LAWRENCE, MA 01843